1  McGREGOR W. SCOTT
   United States Attorney
2  ROSANNE L. RUST
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | 2:17-CR-00150-TLN
12 |          Plaintiff,
                                        PRELIMINARY ORDER OF
13 |     v.                             FORFEITURE
14 | CHRISTOPHER CRAWFORD,
15 |          Defendant.

16

17    Based upon the plea agreement entered into between plaintiff United States of America and

18 defendant Christopher Crawford, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19    1.    Pursuant to 18 U.S.C. § 2428(a), defendant Christopher Crawford's interest in the

20 following property shall be condemned and forfeited to the United States of America, to be disposed of

21 according to law:

22        a.    Black LG cellphone, serial number 512CYSF677054; and
          b.    Black Alcatel cellphone, FCC ID: RAD527.
23

24    2.    The above-listed property was used to commit or to facilitate the commission of violations

25 of 18 U.S.C. §§ 2422(b) and 2423(b).

26    3.    Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to

27 seize the above-listed property. The aforementioned property shall be seized and held by the U.S.

28 Marshals Service, in its secure custody and control.

                                          1
                                                              Preliminary Order of Forfeiture

4.    a.    Pursuant to 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2428(a), in which all interests will be addressed.

SO ORDERED this 31st day of January, 2019.

Dated: January 31, 2019

_____
Troy L. Nunley
United States District Judge