1  McGREGOR W. SCOTT
   United States Attorney
2  ROSANNE L. RUST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  CASE NO.  2:17-cr-00150-TLN
                                       )
12              Plaintiff,             )  **STIPULATION AND ORDER TO CONTINUE**
                                       )  **THE STATUS HEARING REGARDING**
13      v.                             )  **RESTITUTION**
                                       )
14  CHRISTOPHER L. CRAWFORD,           )  DATE:  JULY 18, 2019
                                       )  TIME:  9:30AM
15                                     )  COURT:  HON. TROY L. NUNLEY
                Defendant.             )
16

17

18          Plaintiff United States of America, by and through its counsel, Assistant United States Attorney

19  Rosanne L. Rust, and defendant, Christopher L. Crawford, by and through his counsel, Lexi Negin,

20  hereby stipulate as follows:

21          1.      By previous order, this matter was set for a status hearing regarding restitution on July

22  18, 2019.  (ECF No. 19).

23          2.      The parties agree that this request for continuance seeks to schedule a restitution hearing

24  within the 90 days from Mr. Crawford's sentencing.  *See* 18 U.S.C. §§ 2259(b)(3) & 3664(d)(5); *see*

25  *also Dolan v. United States*, 560 U.S. 605, 608 (2010) (stating that even if the parties were outside the

26  90 days contemplated by statute, sentencing courts are not deprived of their authority to order

27  restitution when they miss that deadline); *United States v. Cienfuegos*, 462 F.3d 1160, 1162-63 (9th Cir.

28  2006) (quoting *United States v. Zakhary*, 357 F.3d 186, 191 (2d Cir. 2004)) ("'the purpose behind the

statutory ninety-day limit on the determination of victims' losses is not to protect defendants from drawn-out sentencing proceedings or to establish finality; rather, it is to protect crime victims from the willful dissipation of defendants' assets'").

        3.      By this stipulation, the parties now jointly move to continue the status hearing regarding restitution until August 1, 2019, so that they may reach a resolution regarding the restitution amount. The government has been trying to resolve this issue and is working with the victim and his/her family to gather the remaining information needed to submit a proposed restitution amount to defense counsel. Given that, the parties request an extension of the status hearing regarding restitution. The government expects that the parties will be able to resolve the restitution amount issue, and be able to submit a stipulation and proposed order to the Court by August 1, 2019, obviating the need for a hearing on this matter.

        5.      Accordingly, the parties request that the status hearing regarding restitution be continued to August 1, 2019.

        IT IS SO STIPULATED.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:  July 15, 2019                      */s/ Rosanne L. Rust*
                                      By:  ROSANNE L. RUST
                                          Assistant U.S. Attorney

Dated:  July 15, 2019              By:  */s/ Lexi Negin*
                                        LEXI NEGIN
                                        Attorney for CHRISTOPHER L. CRAWFORD

///

///

///

///

///

///

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status hearing regarding restitution in this matter is continued to August 1, 2019, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  July 16, 2019

_____
Troy L. Nunley
United States District Judge