McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER L. CRAWFORD,<br><br>Defendant. | CASE NO. 2:17-cr-00150-TLN<br><br>STIPULATION AND ORDER REGARDING RESTITUTION<br><br>DATE: August 1, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

The United States of America, by and through Assistant United States Attorney Rosanne L. Rust, and defendant Christopher L. Crawford, by and through his counsel Lexi Negin, respectfully request that the Court vacate the August 1, 2019, restitution hearing and order that defendant Christopher L. Crawford pay restitution in the amount of $2,429.12 for the following reasons:

1. The Court sentenced Crawford on May 9, 2019, but did not order restitution at the time of sentencing. Instead, the matter of restitution was set to be determined at a later restitution hearing originally scheduled for July 18, 2019. ECF No. 19.

2. On or about July 16, 2019, this Court granted the parties' joint request to continue the restitution hearing to August 1, 2019. ECF No. 27.

3. Since the sentencing hearing, the United States has been working with Juvenile Victim 1 and his/her family to obtain information pertinent to restitution. The parties have also conferred regarding the proper restitution amount in this case. Pursuant to those discussions, the parties hereby

stipulate and agree that defendant Crawford shall be liable for restitution in the amount of $2,429.12, made payable to Juvenile Victim 1, (whose information will be submitted in a separate filing under 18 U.S.C. § 3509(d)(2) to the Court, so that restitution may be paid out to him/her).

4. The parties also agree that the amount of restitution set forth in this Stipulation is supported by a preponderance of the evidence.

5. Defendant Crawford further agrees to pay restitution as set forth herein.

6. Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Pursuant to 18 U.S.C. § 3664(k), the defendant also understands that he must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

7. The parties further agree that payment of restitution during Defendant's imprisonment should be through the Bureau of Prisons Inmate Financial Responsibility Program.

8. The parties also agree that Defendant does not have the ability to pay interest, and that the Court should waive interest on the restitution as a result.

IT IS SO STIPULATED.

Dated: July 30, 2019　　　　　　　　　　　　　　　McGregor W. Scott
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　By:　/s/ ROSANNE RUST
　　　　　　　　　　　　　　　　　　　　　　　　ROSANNE RUST
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: July 30, 2019

　　　　　　　　　　　　　　　　　　　　　　　/s/ LEXI NEGIN
　　　　　　　　　　　　　　　　　　　　　　　LEXI NEGIN
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Christopher L. Crawford

**ORDER**

The Court has reviewed the Stipulation of the parties for an order holding defendant Christopher L. Crawford liable for restitution in the amount of $2,429.12. Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. § 3663, the Court finds good cause to enter an order holding Christopher L. Crawford liable for restitution in the amount of $2,429.12. The defendant shall pay restitution in the amount of $2,429.12.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Payment of restitution during the defendant's imprisonment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program. The Court waives interest on the restitution because Defendant does not have the ability to pay interest.

Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

The United States shall provide the Court within 14 days of this Order a filing under 18 U.S.C. § 3509(d)(2) with Juvenile Victim 1's information so that restitution may be paid out to him/her. The hearing set for Thursday, August 1, 2019, in this case is hereby vacated.

**SO ORDERED.**

Dated: July 31, 2019

_____
Troy L. Nunley
United States District Judge