McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

AUG 27 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER L. CRAWFORD, <br><br> Defendant. | CASE NO. 2:17-CR-00150 TLN <br><br> [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Ex Parte Notice of Identification of "Juvenile Victim 1" Within Restitution Order for Purpose of Payment of Restitution in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 8/27/19

HONORABLE TROY R. NUNLEY
UNITED STATES DISTRICT JUDGE

SEALING ORDER